478 A.2d 101

King, Appellant, v. Arco et al.

Argued March 20, 1984. Myron H. Deutsch, for appellant; James M. Brogan, for Arco; James M. Marsh, for Jester; appellees.

Before SPAETH, President Judge, and BECK and TAMILIA, JJ.

Order of the Lower Court is affirmed.